# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| IBM Corporation | ) | ASBCA No. 60332 |
| | ) | |
| Under Contract No. W91QUZ-04-D-0003 | ) | |

APPEARANCES FOR THE APPELLANT:   David W. Burgett, Esq.
Christine Reynolds, Esq.
N. Thomas Connally III, Esq.
Christopher T. Pickens, Esq.
Emily A. Gomes, Esq.
Katherine L. Morga, Esq.
  Hogan Lovells US LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
CPT Jeremy D. Burkhart, JA
Harry M. Parent III, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 15, 2019

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60332, Appeal of IBM Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals